UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 JUL 28 AM 11: 06
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

| | |
|---|---|
| **UNITED STATES OF AMERICA,**           ) | Magistrate Case No. |
| ) | |
| Plaintiff,           ) | COMPLAINT FOR VIOLATION OF |
| ) | |
| v.           ) | Title 8, U.S.C., Section |
| ) | 1324(a)(2)(B)(iii)- |
| ) | Bringing in Illegal Alien(s) '08 MJ 2287 |
| **Jose Maria GRANADOS**           ) | Without Presentation |
| ) | |
| ) | |
| ) | |
| Defendant.           ) | |
| ) | |
| _____) | |

The undersigned complainant being duly sworn states:

### Count I

On or about **July 25, 2008**, within the Southern District of California, defendant, **Jose Maria GRANADOS** with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that alien, namely, **Juan BAILON-Pimentel,** had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien, and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

### Count II

On or about **August 03, 2005**, within the Southern District of California, defendant, **Jose Maria GRANADOS** with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that alien, namely, **Marely ROBLES-Salmeron,** had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien, and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

_____
SIGNATURE OF COMPLAINANT
Alfredo Loperena, Enforcement Officer
U.S. Customs and Border Protection

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **28TH** DAY OF **JULY**, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

The complainant states that **Juan BAILON-Pimentel** is a citizen of a country other than the United States; that said alien has admitted he is deportable; that his testimony is material, that it is impracticable to secure his attendance at the trial thereof by subpoena; and he is a material witness in relation to this criminal charge and should be held or admitted to bail as prescribed in Title 18, United States Code, Section 3144.

On July 25, 2008 at about 2317 hours, Jose Maria GRANADOS (Defendant) applied for entry into the United States from Mexico through the San Ysidro Port of Entry. Defendant was the driver and sole visible occupant of a 1983 Chrysler Cordoba. Defendant gave a negative Customs declaration to a Customs and Border Protection (CBP) Officer. The CBP Officer performed a routine primary name query on Defendant and was alerted to a computer generated referral. The CBP Officer subsequently escorted Defendant and the vehicle to secondary for further inspection.

In secondary, a CBP Officer performed an inspection of the vehicle and discovered a person concealed in the dashboard of the vehicle. One adult male was removed from the confined space. Once removed, the male subject exhibited signs of medical distress. Medical First Responders determined that the male had suffered severe burns to his back and was transported to University of California San Diego Medical Center for treatment. He is now identified as material witness (MW) Juan BAILON-Pimentel; a citizen of Mexico with no documents to enter or reside in the United States.

Defendant was advised of his Miranda rights, acknowledged his rights and elected to answer questions without an attorney present. In a videotaped interview, defendant declared that he is the registered owner of the above mentioned vehicle and admitted that he knowingly attempted to smuggle material witness into the United States. Defendant identified the material witness as the husband to one of his wife's sisters. Defendant traveled to Mexico to meet with the material witness and subsequently agreed to smuggle him across the border.

A videotaped interview was also obtained from the MW. MW admitted being a citizen of Mexico with no right to entry, passage or residency in the United States. MW declared that he was going to San Francisco, California to seek employment.

Service records reflect that on August 3, 2005, defendant was apprehended at the San Ysidro Port of Entry attempting to smuggle one female undocumented alien concealed in a non-factory dashboard compartment. Defendant provided a post-Miranda statement wherein defendant admitted that the vehicle he was driving contained a human being hidden in the dashboard of the conveyance. Further, that he attempted to smuggle the undocumented alien across the border the monetary sum of $800 (USD).

AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## Southern District of California

UNITED STATES OF AMERICA
V.
**Jose Maria GRANADOS**

WARRANT FOR ARREST

Case Number:

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   **Jose Maria GRANADOS**
                                                                                          Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

| ☐ Indictment | ☐ Information | **XXX** Complaint | ☐ Order of court | ☐ Probation Violation Petition | ☐ Supervised Release Violation Petition | ☐ Violation Notice |

Charging him or her with (brief description of offense)

**Alien Smuggling**

in violation of Title ___8___ United States Code, Section(s) ___1324___

JAN M. ADLER
Name of Issuing Officer

Signature of Issuing Officer

US Magistrate Judge
Title of Issuing Officer

7/28/08 @ 10:37 a.m.
Date and Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

- 1 -

AO 442 (Rev. 10/03) Warrant for Arrest

THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT.S NAME: **Jose Maria GRANADOS-Mondragon**

ALIAS: **Jose GRANADOS-Mondragon**

LAST KNOWN RESIDENCE: **1345 E. 61st St. Los Angeles California 90001**

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH: **Mexico**

DATE OF BIRTH: **10-02-1962**

SOCIAL SECURITY NUMBER: **612 16 0177**

HEIGHT: **5'05"**               WEIGHT: **140**

SEX: **Male**                   RACE: **White**

HAIR: **Black**                 EYES: **Brown**

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: **Scar, neck**

FBI NUMBER: **733350MB3**

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS:

**U.S. Customs and Border Protection
Prosecutions Unit
720 East San Ysidro Blvd.
San Ysidro, California
92173**

AO 442 (Rev. 10/03) Warrant for Arrest

| NAME | I hereby affirm the demand for the arrest of Name of Person to be arrested: | |
|---|---|---|
| SIGNATURE | | Date: |

| NAME | I hereby affirm the demand for the arrest of Name of Person to be arrested: | |
|---|---|---|
| SIGNATURE | | Date: |

| NAME | I hereby affirm the demand for the arrest of Name of Person to be arrested: | |
|---|---|---|
| SIGNATURE | | Date: |

| NAME | I hereby affirm the demand for the arrest of Name of Person to be arrested: | |
|---|---|---|
| SIGNATURE | | Date: |

| NAME | I hereby affirm the demand for the arrest of Name of Person to be arrested: | |
|---|---|---|
| SIGNATURE | | Date: |

| NAME | I hereby affirm the demand for the arrest of Name of Person to be arrested: | |
|---|---|---|
| SIGNATURE | | Date: |

| NAME | I hereby affirm the demand for the arrest of Name of Person to be arrested: | |
|---|---|---|
| SIGNATURE | | Date: |

| NAME | I hereby affirm the demand for the arrest of Name of Person to be arrested: | |
|---|---|---|
| SIGNATURE | | Date: |

| NAME | I hereby affirm the demand for the arrest of Name of Person to be arrested: | |
|---|---|---|
| SIGNATURE | | Date: |

| NAME | I hereby affirm the demand for the arrest of Name of Person to be arrested: | |
|---|---|---|
| SIGNATURE | | Date: |

| NAME | I hereby affirm the demand for the arrest of Name of Person to be arrested: | |
|---|---|---|
| SIGNATURE | | Date: |